## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Neville Lema,  Civil No. 09-787 (RHK/FLN)

    Plaintiff,  **ORDER**

vs.

Trans Union LLC, Investigation &
Recovery Associates, LLC,

    Defendants.

---

Pursuant to the parties' Stipulation (Doc. No. 20), **IT IS ORDERED** that all claims of Plaintiff Neville Lema against Defendants Trans Union LLC and Investigation & Recovery Associates, LLC are **DISMISSED WITH PREJUDICE**, without costs or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 27, 2009

                              s/Richard H. Kyle
                              RICHARD H. KYLE
                              United States District Judge